IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EIDO HUSSAM AL-NAHHAS, also known as
Mohammad Al-Nahhas, on behalf of Plaintiff
and the class members described below,

*Plaintiff,*

v.

ROSEBUD LENDING LZO d/b/a ZocaLoans; 777
PARTNERS LLC; TACTICAL MARKETING
PARTNERS, LLC and JOHN DOES 1-20

*Defendants*.
_____/

CASE NO.: 22-CV-750

## MOTION TO SET ASIDE DEFAULT

COMES NOW, the Defendants Rosebud Lending LZO d/b/a ZocaLoans, 777 Partners LLC, and Tactical Marketing Partners, LLC, by and through undersigned counsel, and hereby files this Motion to Set Aside Default, and as grounds therefore, would state:

1. On or about May 10, 2022, undersigned counsel submitted a Waiver of Service [D.E. 9] extending the deadline for Response to Complaint to July 5, 2022.

2. On or about July 6, 2022, Defendants filed a Motion for an Extension of Time to Respond to the Complaint. The Motion was granted and extended to deadline to respond to the Complaint to August 4, 2022

3. On August 16, 2022, the undersigned counsel contacted Plaintiff's counsel regarding a two week extension of time to respond to the Complaint, Plaintiff's responded that they have no objection.

4. On August 17, 2022, the Court entered a default against the Defendants before the undersigned was able to file the Motion for Extension of Time to Respond to the Complaint.

5. On August 18, 2022, the undersigned counsel contacted Plaintiff's counsel regarding a setting aside the default entered by the Court, Plaintiff's counsel responded that they have no objection.

6. The parties have been engaging in settlement discussions and require additional time to file Responsive Pleading to Plaintiff's Complaint.

7. The undersigned counsel is representing all three Defendants in the lawsuit is diligently working on drafting the response to the Complaint.

8. A court may grant a motion to set aside entry of default upon a showing of good cause. Fed. R. Civ. P. 55(c); *Gilmore v. Palestinian Interim Self-Gov't Auth.*, 843 F.3d 958, 966 (D.C. Cir. 2016); *Sims v. EGA Prods., Inc.*, 475 F.3d 865, 868 (7th Cir. 2007); *Lacy v. Sitel Corp.*, 227 F.3d 290, 291–92 (5th Cir. 2000). In determining whether there is good cause, the court should generally consider (1) the prejudice to plaintiff if the default is set aside, (2) the existence of a meritorious defense, and (3) defendant's culpable conduct. *Gilmore*, 843 F.3d at 966; *Indigo Am., Inc. v. Big Impressions, LLC*, 597 F.3d 1, 3 (1st Cir. 2010); *see United States v. Signed Pers. Check No. 730 of Yubran S. Mesle*, 615 F.3d 1085, 1091 (9th Cir. 2010).

9. Plaintiff would not be prejudiced in the setting aside of the Default. Plaintiff's counsel stated he has no objection to setting aside the default in this case.

10. The undersigned counsel certifies that there is a meritorious defense to the lawsuit and is working with Plaintiff's counsel to resolve the suit.

11. The undersigned certifies that this Motion is made for purposes of delay and is working diligently to file its responsive pleading and resolve the lawsuit.

WHEREFORE, the Defendants, Rosebud Lending d/b/a ZocaLoans, 777 Partners LLC, and Tactical Marketing Partners, LLC, respectfully requests this Court enter an Order granting the Motion to Set Aside Default allowing the Defendant's until September 1, 2022, to file their Responsive Pleading to Plaintiff's Complaint.

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2022, I electronically filed a Motion to Set Aside Default on behalf of Defendants, Rosebud Lending LZO d/b/a ZocaLoans, 777 Partners LLC, and Tactical Marketing Partners, LLC, with the Clerk of Court using the CM/ECF System which will send notifications of such filling to the following:

Daniel A. Edelman (ARDC 0712094)
Tara L. Goodwin (ARDC 6297473)
Matthew J. Goldstein (ARDC 6339033)
Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark Street, Suite. 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com

Dated: August 18, 2022

Respectfully Submitted,

EPGD Attorneys at Law, P.A.,
Attorneys for Defendants'
777 SW 37th Ave, Suite. 510
Miami, FL 33135
T: (786-837-6787 F: (305) 239-3640

By: /s/ Oscar A. Gomez
Oscar A. Gomez, Esq.
Florida Bar No. 58680
oscar@epgdlaw.com

2