IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EIDO HUSSAM AL-NAHHAS, also known as
Mohammad Al-Nahhas, on behalf of Plaintiff
and the class members described below,

CASE NO.: 22-CV-750

*Plaintiff*,

v.

ROSEBUD LENDING LZO d/b/a ZocaLoans; 777
PARTNERS LLC; TACTICAL MARKETING
PARTNERS, LLC and JOHN DOES 1-20

*Defendants*.
_____/

## **ANSWER AND AFFIRMATIVE DEFENSES**

COMES NOW, the Defendants Rosebud Lending LZO d/b/a ZocaLoans, 777 Partners LLC, and Tactical Marketing Partners, LLC, by and through undersigned counsel, and hereby files this Answer and Affirmative Defense, and as grounds therefore, would state:

1. Denied.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

6. Without knowledge to admit or deny.

7. Denied.

8. Admit.

9. Denied.

10. Admit.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Admitted.

19. Admitted.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Without knowledge to admit or deny.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Admitted.

37. Denied.

38. Admitted as to the language of the Act.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

## COUNT I- DECLARATORY AND INJUNCTIVE
## RELIEF AGAINST ILLEGAL CONDUCT

56. Defendant incorporates paragraphs 1-55.

57. Admitted.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

### **COUNT II- ILLINOIS INTEREST ACT**

70. Defendant incorporates paragraphs 1-55.

71. Admitted.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

81. Denied.

## COUNT III- PREDATORY LOAN PREVENTION ACT AND ILLINOIS CONSUMER FRAUD ACT

82. Defendant incorporates paragraphs 1-55.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

92. Denied.

93. Denied.

## COUNT IV-RICO

94. Defendant incorporates paragraphs 1-55.

95. Denied.

96. Denied.

97. Denied.

98. Denied.

99. Denied

100. Denied.

101. Denied.

102. Denied.

2

103. Denied.

104. Denied.

105. Denied.

106. Denied.

107. Denied.

108. Denied.

109. Denied.

WHEREFORE, the Defendants, Rosebud Lending d/b/a ZocaLoans, 777 Partners LLC, and Tactical Marketing Partners, LLC, dmeands a trial by jury on all claims triable, denies that Plaintiffs are entitled to any of the relief requested in the "WHEREFORE" clauses and respectfully requests that the Court dismiss the Complaint in its entirety and enter a judgement in favor of the Defendants, and against Plaintiffs and for all other relief deemed just and proper.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
(Tribal Law)

Tribal Law, to the exclusion of State Law, controls this action, and any recovery by Plaintiffs is subject to and limited by Tribal Law.

### SECOND AFFIRMATIVE DEFENSE
(Failure to State a Claim)

Plaintiffs Complaint fails to state a claim upon which relief can be granted and, therefore, should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

### THIRD AFFIRMATIVE DEFENSE
(Parole Evidence)

Plaintiffs' claims are barred in whole or in part, based on the parole evidence rule.

### FOURTH AFFIRMATIVE DEFENSE
(No Damage)

Plaintiffs cannot demonstrate that any actual damages resulting from Defendants' actions.

**FIFTH AFFIRMATIVE DEFENSE**
(Statutory Defenses)

This action is barred in whole in or part by statutory defenses.

Defendants reserve the right to assert any additional defenses based on facts and circumstances that may arise during the course of litigation.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2022, I electronically filed this Answer and Affirmative Defenses, with the Clerk of Court using the CM/ECF System which will send notifications of such filling to the following:

Daniel A. Edelman (ARDC 0712094)
Tara L. Goodwin (ARDC 6297473)
Matthew J. Goldstein (ARDC 6339033)
Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark Street, Suite. 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com

Dated: September 1, 2022

    Respectfully Submitted,

    EPGD Attorneys at Law, P.A.,
    Attorneys for Defendants'
    777 SW 37th Ave, Suite. 510
    Miami, FL 33135
    T: (786-837-6787 F: (305) 239-3640

    By: /s/ Oscar A. Gomez
    Oscar A. Gomez, Esq.
    Florida Bar No. 58680
    oscar@epgdlaw.com