IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EIDO HUSSAM AL-NAHHAS, also known as Mohammad Al-Nahhas, on behalf of Plaintiff and the class members described below,<br><br>                    Plaintiff<br><br>vs.<br><br>ROSEBUD LENDING LZO d/b/a ZocaLoans; 777 PARTNERS LLC; TACTICAL MARKETING PARTNERS, LLC; and JOHN DOES 1-20,<br><br>                    Defendants | Case No. 1:22-cv-00750<br><br>Judge John J. Tharp, Jr.<br>Magistrate Judge Gabriel A. Fuentes |

**JOINT STATUS REPORT**
**REGARDING DISCOVERY PROGRESS AND SETTLEMENT**

Plaintiff, Eido Hussam Al-Nahhas, Defendant Rosebud Lending LZO d/b/a ZocaLoans ("ZocaLoans"), and Defendants 777 Partners and Tactical Marketing Partners, LLC (the "777 Defendants"), respectfully submit the following Joint Status Report regarding discovery progress and settlement pursuant to the April 12, 2023 Order entered by Judge Fuentes:

    A. **Settlement**

        i. **ZocaLoans**

ZocaLoans and Plaintiff are currently engaged in settlement discussions. Counsel for ZocaLoans and counsel for Plaintiff and have had numerous substantive conversations and email exchanges regarding settlement and are optimistic that they are nearing an agreement that would resolve this matter with respect to ZocaLoans.

1

      ii.      **777 Defendants**

The 777 Defendants and Plaintiff are currently engaged in settlement discussions. The parties met via teleconference on June 30, 2023, and have scheduled a follow up teleconference for July 6, 2023 to continue discussions.

    B.    <u>**Discovery**</u>

      i.      **ZocaLoans**

On April 12, 2023, Judge Fuentes entered an order requiring ZocaLoans and the 777 Defendants, respectively, to serve responses to Plaintiff's written discovery requests by 5:00pm on April 27, 2023. *See* Dkt. 67. Pursuant to the April 12, 2023 order, ZocaLoans served upon Plaintiff's counsel its responses to Plaintiff's first set of written discovery requests, including responses to Plaintiff's interrogatories, requests for production, and requests for admission, by the 5:00pm deadline on April 27, 2023. ZocaLoans also served its initial document production upon Plaintiff's counsel by the deadline.

      ii.      **777 Defendants**

In the event that the scheduled discussions on July 6, 2023, do not result in progress towards resolution of the matter, the 777 Defendants and Plaintiff have agreed to discuss outstanding discovery matters on that date, including requests for document production and deposition scheduling.

      iii.      **Plaintiff Al-Nahhas**

On June 1, 2023, Plaintiff filed a Motion for Leave to File Amended Complaint ("Motion to Amend"). *See* Dkt. 95. The 777 Defendants took no position with respect to Plaintiff's Motion to Amend, and ZocaLoans did not oppose the request subject to Plaintiff's agreement to revise a single allegation. As set forth in Plaintiff's Reply brief, Plaintiff has agreed to revise the allegation.

*See* Dkt. 105, pp. 6-7. The Motion to Amend has been fully briefed, and the parties are awaiting a ruling from Judge Tharp. In light of the pending Motion to Amend, Plaintiff anticipates requesting that the District Court amend its scheduling order to extend the deadline for Plaintiff to file his motion for class certification.

Should the Motion to Amend be granted, Plaintiff will issue discovery requests to the three putative defendants—F3EA Capital, LLC, F3EA Capital, LLC, and F3EA Holdings, LLC. If a settlement is not reached, Plaintiff also intends to serve additional interrogatories and document requests on 777 Partners, Tactical, and ZocaLoans concerning, among other things, their relationship with the putative defendants and the size of the RICO Class as defined in Plaintiff's proposed First Amended Complaint. *See* Dkt. 95-1, pp. 25-26. The proposed RICO Class is defined to include all individuals to whom a loan was made in the name of ZocaLoans four years prior to filing this case (February 10, 2018), and who resided in a state other than Delaware, California, Idaho, Missouri, or Utah. The proposed Subclass is the same as the RICO class as defined in Plaintiff's Complaint (Dkt. 1).

With respect to third party discovery, Plaintiff reports that a subpoena Plaintiff issued to BankWest, Inc. ("BankWest") dated March 3, 2023 was the subject of a motion to quash filed by BankWest in the U.S. District Court for the District of South Dakota. *In Re: BankWest, Inc. Motion to Quash*, 3:23 mc 00012, 2023 U.S. Dist. LEXIS 78104 (D.S.D. May 2, 2023). After holding a hearing, Judge Lange ordered BankWest to comply with the subpoena, produce an affidavit of completeness, and mark the documents it produced as confidential subject to the protective order. *Id.*

Also, on June 28, 2023, Plaintiff initiated a miscellaneous action in the United States District Court for the District of Oregon to compel First Republic Bank's compliance with a

subpoena Plaintiff issued on May 17, 2023. *In re: Subpoena to First Republic Bank*, 3:23 mc 00535-SB (D. Oregon). The motion to quash filed by the 777 Defendants on Friday, June 30, 2023 concerns the same subpoena.

Dated: July 6, 2023                                        Respectfully submitted,

*/s/ Amy Starinieri Gilbert*
Sarah A. Zielinski (IL 6294156)
Amy Starinieri Gilbert (IL 6317954)
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818
szielinski@mcguirewoods.com
agilbert@mcguirewoods.com
Telephone: 312.849.8100
Fax: 312.849.3690
*Counsel for Defendant*
*Rosebud Lending LZO d/b/a ZocaLoans*

*/s/ Patrick O. Daugherty* (with permission)
Patrick O. Daugherty
Nakia Arrington
VAN NESS FELDMAN LLP
1050 Thomas Jefferson Street, NW
Washington, DC 20007
Telephone: (202) 298-1810
pod@vnf.com
Narrington@vnf.com

Scott P. Clair
SCOTT P. CLAIR, ATTORNEY AT LAW
166 W. Washington Avenue, Suite 400
Chicago, IL 60602
Telephone: (847) 372-6374
sclair@scottclairlaw.com
*Counsel for Defendants 777 Partners LLC*
*and Tactical Marketing Partners, LLC*

*/s/ Matthew J. Goldstein* (with permission)
Matthew J. Goldstein
Daniel A. Edelman
Tara L. Goodwin
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
*Counsel for Plaintiff*