# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eido Hussam Al−Nahhas

                                Plaintiff,

v.                                                           Case No.: 1:22−cv−00750
                                                                         Honorable John J. Tharp Jr.

Rosebud Lending LZO, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 1, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:The Defendants' motion to stay the proceedings pending the resolution of their interlocutory appeal of the Court's order [131] is granted. See Coinbase, Inc. v. Bielski, 143 S. Ct. 1915, 1919 (2023). Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.