**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EIDO HUSSAM AL-NAHHAS, also known as Mohammad Al-Nahhas, on behalf of Plaintiff and the class members described below, | ) ) ) | |
| | ) | |
| Plaintiff | ) ) | |
| | ) | Case No. 1:22-cv-00750 |
| vs. | ) ) | |
| | ) | Judge John J. Tharp, Jr. |
| ROSEBUD LENDING LZO d/b/a ZocaLoans; 777 PARTNERS LLC; TACTICAL MARKETING PARTNERS, LLC; and JOHN DOES 1-20, | ) ) ) | Magistrate Judge Gabriel A. Fuentes |
| | ) ) | |
| Defendants | ) | |

**JOINT STATUS REPORT REGARDING SETTLEMENT
BETWEEN PLAINTIFF AND ZOCALOANS**

Plaintiff Eido Hussam Al-Nahhas ("Plaintiff") and Defendant Rosebud Lending LZO d/b/a ZocaLoans ("ZocaLoans") (collectively, the "Parties") respectfully submit the following Joint Status Report regarding settlement pursuant to the August 11, 2023 Order entered by Judge Tharp (Dkt. 116):

As previously reported to the Court, ZocaLoans and Plaintiff reached an agreement in principle to resolve Plaintiff's claims with respect to ZocaLoans. Thereafter, the Parties agreed to discuss the possibility of a joint settlement that would resolve Plaintiff's claims with respect to all Defendants. Plaintiff has relayed to Defendants that he is only interested in a joint settlement to the extent such settlement resolves the claims of the putative classes. In light of the agreement to explore a joint settlement, Plaintiff and ZocaLoans entered into an agreement memorializing and preserving their individual settlement agreement with respect to ZocaLoans while the Parties explore joint settlement. If a joint settlement is not reached, and upon the expiration of a thirty-day period, either Plaintiff or ZocaLoans may move to enforce their agreement in principle to

resolve Plaintiff's claims with respect to ZocaLoans. The Parties will promptly inform the Court

by filing a notice of settlement if and when the individual settlement with respect to ZocaLoans is

finalized.

Dated:  September 7, 2023                                    Respectfully submitted,

/s/ Matthew J. Goldstein                                    /s/ Sarah A. Zielinski
Matthew J. Goldstein                                         Sarah A. Zielinski (IL 6294156)
Daniel A. Edelman                                            Amy Starinieri Gilbert (IL 6317954)
Tara L. Goodwin                                              McGuireWoods LLP
Dulijaza (Julie) Clark                                       77 West Wacker Drive, Suite 4100
EDELMAN, COMBS, LATTURNER                                    Chicago, Illinois 60601-1818
      & GOODWIN, LLC                                        szielinski@mcguirewoods.com
20 S. Clark Street, Suite 1500                               agilbert@mcguirewoods.com
Chicago, IL 60603-1824                                       Telephone: 312.849.8100
(312) 739-4200                                               Fax: 312.849.3690
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com                                         *Counsel for Defendant*
jclark@edcombs.com                                           *Rosebud Lending LZO d/b/a Zoca Loans*
mgoldstein@edcombs.com
Email Address for service:
courtecl@edcombs.com

*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I, Matthew J. Goldstein, hereby certify that on Thursday, September 7, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to counsel of record.

                                        /s/Matthew J. Goldstein
                                        Matthew J. Goldstein

Daniel A. Edelman
Tara L. Goodwin
Dulijaza (Julie) Clark
Matthew J. Goldstein
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

3