# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eido Hussam Al−Nahhas

                              Plaintiff,

v.                                                    Case No.: 1:22−cv−00750
                                                          Honorable John J. Tharp Jr.

Rosebud Lending LZO, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 5, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr:Upon review of the 777 defendants' supplemental response [147], the plaintiff's unopposed motion to dismiss defendant Rosebud Lending LZO [141] is granted. Defendant Rosebud Lending LZO is dismissed from this case. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.