# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

February 19, 2025

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before
FRANK H. EASTERBROOK, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| No. 23-2723 | EIDO HUSSAM AL-NAHHAS,<br>Plaintiff - Appellee<br><br>v.<br><br>777 PARTNERS LLC and TACTICAL MARKETING PARTNERS, LLC,<br>Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-00750<br>Northern District of Illinois, Eastern Division<br>District Judge John J. Tharp, Jr. ||

We **AFFIRM** the district court's decision, with costs, find the case not moot, and grant the parties' motions to file under seal. The above is in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)